1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CV-06-247-LRS |
| vs. | ) ) | |
| 4820 NORTH ALAMEDA BOULEVARD, SPOKANE, WASHINGTON, TOGETHER WITH ALL APPURTENANCES, FIXTURES, ATTACHMENTS, AND IMPROVEMENTS THERETO AND THEREUPON, | ) ) ) ) ) ) ) ) | Order Dismissing Action Without Prejudice |
| Defendant. | ) ) | |

THE COURT being fully advised in the premises, hereby approves the Joint Stipulation to Dismiss this Action without Prejudice, and dismisses the action without prejudice, consistent with the terms and provisions of said Joint Stipulation.

IT IS SO ORDERED. The District Court Executive is hereby directed to enter this order and furnish copies to counsel of record.

DATED this 15th day of May, 2007.

s/Lonny R. Suko
_____
Lonny R. Suko
United States District Judge

Order Dismissing Action without Prejudice